UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN DEAN EVANS,

          Petitioner,

v.

JEFFREY A. UTTECHT,

          Respondent.

Case No. C15-1601 RSM-BAT

**ORDER TRANSFERRING CASE TO NINTH CIRCUIT**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's 28 U.S.C. § 2254 petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Brian A. Tsuchida **AND TO ADMINISTRATIVELY CLOSE THIS FILE**.

DATED this 27 day of September 2016.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE